March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Jose Lavandier          ,

                  Defendant(s).

----------------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/<u>VIDEOCONFERENCE</u>**

_____-CR-__20 M 12232__(___) (___)

Defendant __Jose Lavandier_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

s/Jose Lavandier, by KNF,USMJ
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Jose Lavandier**
_____
Print Defendant's Name

_____
Defense Counsel's Signature

**Jeffrey Pittell**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/16/20 Date

_Kevin Nathaniel Fox_
_____
U.S. District Judge/U.S. Magistrate Judge